David H. Moses, #10239
CASE, MOSES, ZIMMERMAN & WILSON, P.A.
900 Garvey Center, 200 West Douglas
Wichita, Kansas 67202-1321
(316) 303-0100

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**WICHITA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 05-10253-02 |
| | ) | |
| MANJUR ALAM, | ) | |
| | ) | |
| Defendant. | ) | |
| ________________________________ | ) | |

**MOTION TO SEVER CO-DEFENDANT MANJUR ALAM**

COMES NOW the defendant, Manjur Alam, by and through his counsel of record, David H. Moses of Case, Moses, Zimmerman & Wilson, P.A., and respectfully moves the Court for an Order severing his trial from that of the other defendants because a joint trial will be prejudicial to Mr. Alam. A separate Memorandum in Support of this Motion To Sever is being filed herein, as well as a Motion To Continue the filing of all other Motions and of the jury trial date.

Respectfully submitted

CASE, MOSES, ZIMMERMAN & WILSON, P.A.

s/David H. Moses
David H. Moses
Bar Number 10239
Attorney For Defendant Manjur Alam
Case, Moses, Zimmerman & Wilson, P.A.
900 Garvey Center, 200 West Douglas
Wichita, Kansas 67202
Phone Number: (316) 303-0100
Fax Number: (316) 265-8263
E-mail Address: dmoses@cmzwlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd of April, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Annette Gurney, and Matthew Treaster, Office of the U.S. Attorney; Stephen Robison; Roger L. Falk; Steven D. Mank; Charles O'Hara; David Freund; and John Rapp, and other attorneys of record for the co-defendants named herein.

s/David H. Moses
David H. Moses
Bar Number 10239
Attorney For Defendant Manjur Alam
Case, Moses, Zimmerman & Wilson, P.A.
900 Garvey Center, 200 West Douglas
Wichita, Kansas 67202
Phone Number: (316) 303-0100
Fax Number: (316) 265-8263
E-mail Address: dmoses@cmzwlaw.com